UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:                                                 CASE NO. 15-70324
CHAPTER 13

BRIAN THOMAS MCLERAN
LISA MICHELLE MCLERAN                   JUDGE HARLIN D. HALE

           DEBTORS                              **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Robert B. Wilson files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** SN SERVICING CORPORATION

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 10 | 7912 | $ 495.77 | $ 495.77 | $ 495.77 | $ 0.00 |
| Total Amount Paid by Trustee | | | | | $ 495.77 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit        **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

**Disbursement Detail**

| Date | Creditor Name | Code | Check No. | Amount |
|---|---|---|---|---|
| *CITIFINANCIAL SERVICING LLC* | | | | |
| *MORTGAGE ARREARS THRU 10/2015 - 3215 AVE. Q* | | | | |
| 08/31/2016 | CITIFINANCIAL SERVICING LLC | CR | 0892927 | 475.68 |
| 10/31/2016 | CITIFINANCIAL SERVICING LLC | CR | 0897476 | 20.09 |
| * * * TOTAL * * * | | | | 495.77 |

CASE NO. 15-70324

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 1st day of October, 2020.

BRIAN THOMAS MCLERAN, LISA MICHELLE MCLERAN, 3215 AVE Q, WICHITA FALLS, TX 76309

ELECTRONIC SERVICE - MONTE J WHITE, ATTORNEY AT LAW, 1106 BROOK AVE HAMILTON PLACE, WICHITA FALLS, TX 76301

CITIFINANCIAL SERVICING LLC, PO BOX 6043, SIOUX FALLS, SD 57117-6043

CITIFINANCIAL SERVICING LLC, PO BOX 70919, CHARLOTTE, NC 28272-0919

ALONZO Z CASAS, ALDRIDGE PITE LLP, 4375 JUTLAND DR SUITE 200, PO BOX 17933, SAN DIEGO, CA 92177-0933

CARRINGTON MORTGAGE SERVICES LLC, 1600 S DOUGLASS RD, ANAHEIM, CA 92806

PADGETT LAW GROUP, 6267 OLD WATER OAK ROAD, STE. 203, TALLAHASSEE, FL 32312

CITIFINANCIAL SERVICING LLC, PO BOX 70919, CHARLOTTE, NC 28272-0919

ELECTRONIC SERVICE - United States Trustee


Date:  October 01, 2020                                    /s/ Robert B. Wilson
                                                           Robert B. Wilson
                                                           Chapter 13 Trustee
                                                           1407 Buddy Holly Avenue
                                                           Lubbock, TX 79401-9401